UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MOUNTAIN LAUREL ASSURANCE COMPANY                                    PLAINTIFF

V.                                                  CIVIL ACTION NO. 3:15CV33 DPJ-FKB

DAPHNE WILLIAMS, ET AL.                                             DEFENDANTS

ORDER

This cause is before the Court on the Report and Recommendation [27] of Magistrate Judge F. Keith Ball, recommending dismissal of this action for lack of subject-matter jurisdiction. Plaintiff has not filed an Objection, and the time to do so has passed.[1]

Accordingly, the Court finds that the unopposed Report and Recommendation [27] of Magistrate Judge Ball should be adopted as the opinion of the Court. This action is dismissed without prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 21st day of January, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that an Order to Show Cause was entered in a related case, *Progressive Gulf Insurance Co. and Mountain Laurel Assurance Co. v. Oscar Perkins, et al.*, 3:14CV690 DPJ-LRA. There, Plaintiffs conceded to dismissal without prejudice for lack of subject-matter jurisdiction.